THE PEOPLE OF THE STATE OF NEW YORK ex rel. FAHNESTOCK TRANSMITTER COMPANY, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Fahnestock Tr. Co.* v. *Kelsey,* 111 App. Div. 911, affirmed. (Argued April 16, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1906, which affirmed a determination of the defendant assessing a franchise tax upon the property of the relator for the year ending October 31, 1904.

*William T. Read* and *Walter S. Logan* for appellant.

*Julius M. Mayer,* Attorney-General *(Horace McGuire* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.